## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Curtis Lee, A.K.A Steven Ackridge, :
                         Petitioner :
                                    :
               v. : No. 101 M.D. 2022
                                    :
Christopher M. Thomas, :
Director of Classification Movement :
and Registration (Philadelphia :
Prison System), and Jaime Sorber, :
Superintendent at S.C.I. Phoenix, :
and Kim Nixon, Records Room :
Supervisor-Department of :
Corrections at S.C.I. Phoenix, :
                     Respondents :

**PER CURIAM**                     **O R D E R**

         NOW, May 1, 2023, upon consideration of Respondents' application for reconsideration, the application is DENIED.